MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Date: | 1/11/19 |
| Judge: | James S. Gwin |
| Case No.: | 1:18CV01678 |
| Court Reporter: | None |

AARON PETITT, ET AL,        )
                            )
    Plaintiffs,             )
                            )
vs.                         )
                            )
CITY OF CLEVELAND,          )
                            )
    Defendant.              )

MATTERS CONSIDERED: Status conference held.

TOTAL TIME: 1 hr 18 min.            *s/    Melanie Dresch*
                                                               Courtroom Deputy Clerk