**Arron petitt 4t...**
+14409155416

> Stop down to hustler apparently there are some middle eastern types giving people a hard time we are in route
> 1:32 AM

> Packing up. Be there soon
> 1:35 AM

> Take your time
> 1:36 AM

> Sorry for bothering you Sir
> 1:56 AM

> Never a bother to tune up some haji haha
> 1:58 AM

> Lol
> 1:59 AM

DEFENDANT'S EXHIBIT E