

Good morning
<u>AFGAN</u>!



DEFENDANT'S
EXHIBIT
G



May God have mercy,
Because we will NOT



Non-Stop Flights Soon
to be announced.

Case: 1:18-cv-01678-JG Doc #: 20-7 Filed: 01/28/19 3 of 5. PageID #: 218



It's a Bird, it's Superman

No! It's what DREAMS are made of... Dreams Do Come true.



America Airline delivering a Special message...