UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

```
AARON PETITT, et al.,           :
                                :
                                :   Case No. 1:18-cv-1678
         Plaintiff,             :
                                :
vs.                             :   JUDGMENT
                                :
CITY OF CLEVELAND,              :
                                :
         Defendant.             :
                                :
```
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter.  For the reasons stated in that opinion, the Court **GRANTS** Defendant's motion for summary judgment.  Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: April 10, 2019              *s/      James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE